## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PHILIP THOMAS | ) | |
| p/k/a/ " Cutty Ranks" | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE** |
| | ) | |
| v. | ) | **NO.  1:26-cv-02428-JSR** |
| | ) | |
| ULTRA MUSIC PUBLISHING EUROPE | ) | |
| AG d/b/a SONY MUSIC | ) | |
| ENTERTAINMENT | ) | |
| **Defendants.** | ) | |
| | ) | |

## MUTUAL DISMISSAL WITHOUT PREJUDICE

**COMES NOW,** Plaintiff and Defendants Philip Thomas p/k/a/ "Cutty Ranks" and Payday Music Publishing Europe AG f/k/a Ultra Music Publishing Europe AG through their undersigned counsel and hereby dismiss without prejudice all claims and counterclaims against each other in the above-referenced case.

Respectfully submitted this 16th day of June 2026.

*/s/ Catherine Gibson*
CATHERINE GIBSON
New York Bar # 4963104
*Counsel for Plaintiff Philip Thomas*

**THE GIBSON LAW FIRM, LLC**
11 Broadway, Suite 615
New York, NY 10004
tel (646) 253-0519; fax (212) 269-3601
cgibson@thegibsonlawfirm.com

         /s/ Bradley Mullins (*with expressed permission*)
         Bradley Mullins, Esq.
         Bar No. 5068994
         *Counsel for Defendants Payday Music Publishing*
         *Europe AG f/k/a Ultra Music Publishing Europe AG*

Bradley Mullins, Esq.
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Tel:  310-312-2000
 bym@msk.com

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **PHILIP THOMAS** | ) | |
| p/k/a/ " Cutty Ranks" | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE** |
| | ) | |
| v. | ) | **NO.  1:26-cv-02428-JSR** |
| | ) | |
| **ULTRA MUSIC PUBLISHING EUROPE** | ) | |
| **AG d/b/a SONY MUSIC** | ) | |
| **ENTERTAINMENT** | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served Defendants in the above styled action with a copy of the **MUTUAL DISMISSAL WITHOUT PREJUDICE** by filing with the Clerk of Court which will automatically send e-mail notification of such filing to the following Counsel of record:

Bradley Mullins, Esq.
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

Respectfully submitted this 16th day of June 2026.

*/s/Catherine Gibson*
CATHERINE GIBSON
New York Bar No. 4963104

**THE GIBSON LAW FIRM, LLC**
11 Broadway, Suite 615
New York, NY 10004
tel (646) 253-0519; fax (212) 269-3601
cgibson@thegibsonlawfirm.com