# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

PHILIP THOMAS                           )
p/k/a/ " Cutty Ranks"                    )
                                         )
      Plaintiff,      )        CIVIL ACTION FILE
                                         )
v.                                       )        NO. __1:26-cv-02428-JSR__
                                         )
ULTRA MUSIC PUBLISHING EUROPE )
AG d/b/a SONY MUSIC                      )
ENTERTAINMENT                           )
      Defendants.     )
_____)

## MUTUAL DISMISSAL WITHOUT PREJUDICE

**COMES NOW,** Plaintiff and Defendants Philip Thomas p/k/a/ "Cutty Ranks" and Payday Music Publishing Europe AG f/k/a Ultra Music Publishing Europe AG through their undersigned counsel and hereby dismiss without prejudice all claims and counterclaims against each other in the above-referenced case.

Respectfully submitted this 16th day of June 2026.

/s/ Catherine Gibson
CATHERINE GIBSON
New York Bar # 4963104
Counsel for Plaintiff Philip Thomas

So ordered

J.S.D.

7-2-26

**THE GIBSON LAW FIRM, LLC**
11 Broadway, Suite 615
New York, NY 10004
tel (646) 253-0519; fax (212) 269-3601
cgibson@thegibsonlawfirm.com


/s/ Bradley Mullins *(with expressed permission)*
Bradley Mullins, Esq.
Bar No. 5068994
*Counsel for Defendants Payday Music Publishing*
*Europe AG f/k/a Ultra Music Publishing Europe AG*


Bradley Mullins, Esq.
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Tel:  310-312-2000
 bym@msk.com

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PHILIP THOMAS<br>p/k/a/ " Cutty Ranks" | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NO.  <u>1:26-cv-02428-JSR</u> |
| ULTRA MUSIC PUBLISHING EUROPE<br>AG d/b/a SONY MUSIC<br>ENTERTAINMENT<br>Defendants. | ) ) ) ) ) ) | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served Defendants in the above styled action with a copy of the **MUTUAL DISMISSAL WITHOUT PREJUDICE** by filing with the Clerk of Court which will automatically send e-mail notification of such filing to the following Counsel of record:

Bradley Mullins, Esq.
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

Respectfully submitted this 16th day of June 2026.

*/s/Catherine Gibson*
CATHERINE GIBSON
New York Bar No. 4963104

**THE GIBSON LAW FIRM, LLC**
11 Broadway, Suite 615
New York, NY 10004
tel (646) 253-0519; fax (212) 269-3601
cgibson@thegibsonlawfirm.com